## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PNC BANK, NATIONAL
ASSOCIATION,

                Plaintiff,

v.                                           Case No. 6:12-cv-1042-Orl-37TBS

J.P. McCORMACK CONSTRUCTION,
INC.; JAMES P. McCORMACK; and
PATRICIA McCORMACK,

                Defendants.

---

PNC BANK, NATIONAL
ASSOCIATION,

                Plaintiff,

v.                                           Case No. 6:12-cv-1856-Orl-37TBS

JAMES P. McCORMACK; PATRICIA
McCORMACK; TINA McCORMACK;
DANIEL ROBARTS; BRITTANY
ROBARTS; and MICHAEL GIBBS,

                Defendants.

---

### WRITS OF POSSESSION & ORDER CONFIRMING FORECLOSURE SALES

These consolidated actions, Case No. 6:12-cv-1042-Orl-37TBS ("**Case 1042**") and Case No. 6:12-cv-1856-Orl-37TBS ("**Case 1856**") are before the Court on the following:

    (1)    Special Master's Report of Foreclosure Sale (Doc. 68), filed January 4, 2016; and

(2)     Motion to Confirm Foreclosure Sales (Doc. 69), filed February 4, 2016.

In accordance with the Court's Final Judgment (Doc. 60), and upon review of the Motion to Confirm (Doc. 68, pp. 3–8) and Special Master Philip J. von Hankle's Report of Foreclosure Sales (Doc. 69), it is **ORDERED AND ADJUDEGED** that:

(1)     Motion to Confirm Foreclosure Sales (Doc. 69) is **GRANTED**.

(2)     The sale of the **JPM Property** (which is described in the Court's Judgment (Doc. 60, Exhibit A)) is **CONFIRMED**.

(3)     Special Master Philip J. von Hankle is **DIRECTED** to convey the JPM Property to Land Holding, LLC, by a Certificate of Title, in the form filed with the Court at pages 8–10 of Docket Number 69.

(4)     The sale of the McCormack Property (as described in the Court's Judgment (Doc. 60, Exhibit B)) is **CONFIRMED**.

(5)     Special Master Philip J. von Hankle is **DIRECTED** to convey the McCormack Property to Land Holding, LLC, by a Certificate of Title, in the form filed with the Court at pages 11–13 of Docket Number 69.

(6)     This Order constitutes Writs of Possession—enforceable by federal and state law enforcement officers—which entitle Land Holding, LLC, its successor and assigns, to be let into exclusive possession of the JPM Property and the McCormack Property.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 4, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Special Master Philip J. von Kahle
Michael Moecker & Associates
3613 North 29th Avenue
Hollywood, Florida 33020