# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PNC BANK, NATIONAL
ASSOCIATION,

        Plaintiff,

v.                                              Case No. 6:12-cv-1042-Orl-37TBS

J.P. McCORMACK CONSTRUCTION,
INC.; JAMES P. McCORMACK;
PATRICIA McCORMACK; MICHAEL
GIBBS; DANIEL ROBARTS; and
BRITTANY ROBARTS,

        Defendants.

---

PNC BANK, NATIONAL
ASSOCIATION,

        Plaintiff,

v.                                                Case No. 6:12-cv-1856-Orl-37TBS

JAMES P. McCORMACK; PATRICIA
McCORMACK; MICHAEL GIBBS;
DANIEL ROBARTS; and BRITTANY
ROBARTS,

        Defendants.

---

## CORRECTED WRITS OF POSSESSION &
## ORDER CONFIRMING FORECLOSURE SALES

**In order to correct scrivener's errors in the record, pursuant to Federal Rule of Civil Procedure 60(a), it is ORDERED and ADJUDGED that the "Writs of Possession & Order Confirming Foreclosure Sales" issued by the Court on April 4, 2016—(Doc. 70)—is VACATED and REPLACED with this Corrected Writs of Possession & Order Confirming Foreclosure Sales. The Clerk is DIRECTED to STRIKE and DELETE the vacated document from the record—(Doc. 70).**

Corrected Writs of Possession &
Order Confirming Foreclosure Sales

These consolidated actions, Case No. 6:12-cv-1042-Orl-37TBS ("**Case 1042**") and Case No. 6:12-cv-1856-Orl-37TBS ("**Case 1856**") are before the Court on the following:

(1) Special Master's Report of Foreclosure Sale (Doc. 68, pp. 3–8), filed January 4, 2016; and

(2) Motion to Confirm Foreclosure Sales (Doc. 69), filed February 4, 2016.

Upon review of these documents (Docs. 68, 69), and in accordance with the Court's Final Judgment (Doc. 60), it is **ORDERED AND ADJUDEGED** that:

(1) Motion to Confirm Foreclosure Sales (Doc. 69) is **GRANTED**.

(2) The sale of the **JPM Property** (which property is described in the Court's Judgment (Doc. 60, Exhibit A)) is **CONFIRMED**.

(3) Special Master Philip J. von Kahle is **DIRECTED** to convey the JPM Property to Land Holding, LLC, by a Certificate of Title, in the form filed with the Court at pages 8–10 of Docket Number 69.

(4) The sale of the McCormack Property (which property is described in the Court's Judgment (Doc. 60, Exhibit B)) is **CONFIRMED**.

(5) Special Master Philip J. von Kahle is **DIRECTED** to convey the McCormack Property to Land Holding, LLC, by a Certificate of Title, in the form filed with the Court at pages 11–13 of Docket Number 69.

Corrected Writs of Possession &<br/>Order Confirming Foreclosure Sales

(6)   This Order constitutes Writs of Possession—enforceable by federal and state law enforcement officers—which entitle Land Holding, LLC, and its successor and assigns, to be let into exclusive possession of the JPM Property and the McCormack Property.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 7, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Special Master Philip J. von Kahle
Michael Moecker & Associates
3613 North 29th Avenue
Hollywood, Florida 33020